814

■

In the Matter of Hotels Statler Co., Inc., et al., Appellants. Edward Corsi, as Industrial Commissioner of the State of New York, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 957.]

■

Dorothy W. Babik, Appellant, v. Herbert Daniels, Respondent, et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.